Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-11-00917-CR

Priscilla **ALTAMIRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR7078
Honorable Mary D. Roman, Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:    Catherine Stone, Chief Justice
        Sandee Bryan Marion, Justice
        Rebecca Simmons, Justice

Delivered and Filed:  July 11, 2012

AFFIRMED

Appellant pled true to violating one of the conditions of her deferred adjudication community supervision.  Her guilt was adjudicated, and she was sentenced to five years' confinement.  Appellant's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967); *see Brooks v. State*, 995 S.W.2d 762, 763 (Tex. App.—San Antonio 1999, no pet.) ("A plea of true, standing alone, is sufficient to support the trial court's order of revocation.").  Counsel concludes

the appeal has no merit.  Counsel provided appellant with a copy of the brief and informed her of her right to review the record and file her own brief.  *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.).  Appellant did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree the appeal is frivolous and without merit.  The judgment of the trial court is affirmed.  Appellate counsel's motion to withdraw is granted.[1]  *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.

Sandee Bryan Marion, Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed.  *See In re Schulman*, 252 S.W.3d 403, 408 n.22 (Tex. Crim. App. 2008). Should appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, appellant must either retain an attorney to file a petition for discretionary review or file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court.  *See* TEX. R. APP. P. 68.2.  Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals along with the rest of the filings in this case.  *See* TEX. R. APP. P. 68.3.  Any petition for discretionary review must comply with the requirements of Texas Rules of Appellate Procedure 68.4.